**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   DAVID AYALA,                           No. C-13-00758 DMR

10            Plaintiff(s),                 **ORDER VACATING CASE**
                                            **MANAGEMENT CONFERENCE**
11       v.

12   MICHAEL SIPES LAW FIRM,

13            Defendant(s).
     _____/
14

15       The court is in receipt of the parties' notice of settlement and request to vacate the Case

16   Management Conference  [Docket No. 9].   The request is granted.  The Case Management

17   Conference previously scheduled for May 29, 2013 at 1:30 p.m.  has been VACATED.  The parties

18   shall submit a status report regarding the settlement of this matter by no later than **June 28, 2013.**

19

20       IT IS SO ORDERED.

21

22   Dated:  May 24, 2013

23   _____
                            DONNA M. RYU
24                          United States Magistrate Judge

25

26

27

28